

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-21-00115-CV

IN THE MATTER OF THE MARRIAGE OF ANNA DINA REYNA AND
TIMOTHY MICHAEL TEAGUE AND IN THE INTEREST OF
O.M.T. AND T.Z.T., CHILDREN

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 29268, Honorable Dan Mike Bird, Presiding

June 10, 2021

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Timothy Michael Teague, proceeding pro se, appeals from the trial court's *Temporary Orders* issued in a pending divorce proceeding between Teague and Appellee, Anna Dina Reyna. We dismiss the appeal for want of jurisdiction.

Generally, appellate courts only have jurisdiction over final judgments, those that dispose of all pending parties and claims. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We have jurisdiction to consider immediate appeals of interlocutory orders only if a statute explicitly provides appellate jurisdiction. *Stary v. DeBord*, 967

S.W.2d 352, 352–53 (Tex. 1998). A temporary order issued in a divorce proceeding is neither a final judgment nor an interlocutory order made immediately appealable by statute. *See In re Marriage of Henry,* No. 14-21-00080-CV, 2021 Tex. App. LEXIS 2388, at *2 (Tex. App.—Houston [14th Dist.] Mar. 30, 2021, no pet.) (per curiam) (mem. op.) (dismissing appeal from temporary orders issued in a divorce proceeding for want of jurisdiction).

By letter of May 19, 2021, we notified Teague that it did not appear that a final judgment or appealable order had been issued by the trial court and directed him to show how we have jurisdiction over this appeal. Teague has filed a response but did not demonstrate grounds for continuing the appeal.

Because Teague has not presented this Court with a final judgment or appealable order, the appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Per Curiam